IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1635 (PAC)

UNITED STATES OF AMERICA,

 Plaintiff(s),

v.

1998 BMW 318TI TWO-DOOR COUPE, VIN WBACG7333WKC31219,
$5,200.00 IN UNITED STATES CURRENCY, and
$3,619.74 IN UNITED STATES CURRENCY,

 Defendant(s).

_____

**ORDER**

_____

 This matter is before the court upon a review of the file.  This civil action has been inactive since the spring of 2004.  Since the filing of the Answer to Verified Complaint for Forfeiture *In Rem* on March 30, 2004, there has been no activity in the case.  The court concludes that this case should be administratively closed under the Local Rules to be reopened for good cause shown.  Accordingly, it is

 ORDERED that this case is administratively closed, pursuant to D.C.COLO.LR 41.1A, to be reopened for good cause shown.

 Dated:  October 27, 2005

              BY THE COURT:

              s/ Wiley Y. Daniel
              Wiley Y. Daniel
              U. S. District Judge